

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 12, 2016**

**United States Bankruptcy Judge**

_____

BTXN 081 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Saibree Mariah Boyd § Case No.: 16–50029–rlj7
 § Chapter No.: 7
Debtor(s) §

## ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE IN INSTALLMENTS

The Debtor(s) was/were given notice that this case would be dismissed upon the failure to pay the required filing fee in installments as directed in the Order Denying Application to Proceed in Forma Pauperis. The Debtor(s) failed to adhere to that Order and $275.00 of the filing fee remains unpaid. It is therefore

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this order shall be deemed a bar to refiling for 180 days under 11 U.S.C. § 109(g)(1).

# # # End of Order # # #